892

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ. In the Matter of WILLOW GARDEN APARTMENTS, INC., Petitioner, v. WILLIAM RIKER et al., Constituting the Zoning Board of Appeals of the City of Rochester, Respondents.—

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ. JAMES A. KERLIN, JR., Appellant, v. DAVID M. GREEN, Respondent.—

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

In the Matter of HARRY J. STEWART, JR., Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.—

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

In the Matter of KATHERINE NAPPI, as Administratrix of the Estate of PATRICK NAPPI, Doing Business as CASA DiNAPPI, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.